## UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**
        Plaintiff

v.                                  Case Number 4:12CB3001-004
                                        Violation No. W0793992

**CONNOR S. MARCOE**
        Defendant
                                        **KOREY REIMAN**
                                        Defendant's Attorney

_____

## AMENDED JUDGMENT IN A CRIMINAL CASE
### (For a Petty Offense)

**Date of Original Judgment:** 9/6/2012

**Reason for Amendment:**
    Clarification of payment for Collateral Damages (Restitution)

**THE DEFENDANT** pleaded guilty to the allegation listed in CVB violation number W0793992 on 9/6/2012

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title, Section & Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|
| 16 U.S.C 703, 50 CFR 20.21(j), 50 CFR 20.22, 50 CFR | 3/6/2011 | 1 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

                                                                           Date of Imposition of Sentence:
                                                                                   February 15, 2013

                                                                                          s/ Cheryl R. Zwart
                                                                         United States Magistrate Judge

                                                                                             February 15, 2013

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| Special Assessment | Total Fine | Total Processing Fee |
|---|---|---|
| **$10.00** | **$250.00** | **$25.00** |

## COLLATERAL DAMAGES

Restitution of **$450.00** is ordered.

## SCHEDULE OF PAYMENTS

**The defendant shall pay $50.00 monthly toward the amounts owed on the sentence imposed herein beginning October 1, 2012, with any balance remaining as of February 15, 2013 paid in full by no later than February 28, 2013.**

If the defendant fails to comply with the payment schedule above, the United States of America may institute civil collection proceedings to satisfy all or any portion of the amount remaining owed.

Any payments made shall be applied in the following order of priority: processing fee; collateral damages; fine; and other penalties.  Unless otherwise specifically ordered, interest shall not accrue on the criminal monetary penalty and collateral damages imposed.

**All financial penalty payments *except restitution*, are to be made to the Central Violations Bureau, P.O. Box 71363, Philadelphia, PA 19176-1363.**

Financial penalty payments **for restitution** are to be made to the **Clerk of Court for the District of Nebraska, 100 Centennial Mall North, 593 Federal Building, Lincoln, NE 68508** for payment to the Nebraska Game and Parks Commission, Game Law Investigation Cash Fund, 2200 North 33rd Street, Lincoln, Ne 68503.

The defendant shall receive credit for all payments previously made toward the imposed sentence.

The defendant shall inform the court of any change in his or her economic circumstances affecting the ability to make monthly installments, or increase the monthly payment amount, as ordered by the court.

The defendant is restrained from transferring any real or personal property, unless it is necessary to liquidate and apply the proceeds of such property as full or partial payment of the amounts owed under the sentence imposed.

CLERK'S OFFICE USE ONLY:
ECF DOCUMENT
I hereby attest and certify this is a printed copy of a
document which was electronically filed with the
United States District Court for the District of Nebraska.

Date Filed:_____

DENISE M. LUCKS, CLERK

By _____Deputy Clerk